# APPENDIX A

APPENDIX A

**RAW® TRADEMARK PTO REGISTRATIONS**

| Mark | Application/Registration/ First Use | Product Description |
|---|---|---|
| # RAW | Serial No.  78389584<br>Filing Date:  Mar. 23, 2004<br><br>Reg. No.  2989221<br>Reg. Date:  Aug. 30, 2005<br><br>First Use:  Jun. 7, 2002<br><br><br><br>Section 8 & 9 Renewal<br>Accepted Sep. 17, 2014 | Cigarette Rolling papers made from processed paper,<br><br>Plastic or metal hand held cigarette rolling machines |
| 100% CHLORINE FREE 100% VEGAN RAW NATURAL UNBLEACHED ROLLING PAPERS (design)<br><br>RAW | Serial No.  78870425<br>Filing Date:  Apr. 26, 2006<br><br>Reg. No.   3422929<br>Reg. Date:  May 6, 2008<br><br>First Use:  Aug. 11, 2005<br>First Use in Commerce: Aug. 11, 2005<br><br>Section 8 & 9 Renewal<br>Accepted Mar. 3, 2018 | Cigarette rolling papers |
| SUPERNATURAL RAW | Serial No.  85237324<br>Filing Date:  Feb. 8, 2011<br><br>Reg. No.   4041076<br>Reg. Date:   Oct. 18, 2011<br><br>First Use:   Jan. 9, 2006<br>First Use in Commerce: Jan. 9, 2006<br>Section 8 & 15<br>Accepted Dec. 29, 2016<br>Sec. 8 & 9 Renewal<br>Accepted Feb.2, 2022 | Cigarette papers;<br><br>Cigarette rolling papers |

| Mark | Application/Registration/ First Use | Product Description |
|---|---|---|
| RAW | Serial No.  85318131<br>Filing Date:  May 11, 2011<br><br>Reg. No.  4074036<br>Reg. Date:  Dec. 20, 2011<br><br>First Use:  Dec. 3, 2007<br>First Use in Commerce: Dec. 3, 2007<br><br>Section 8 & 15<br>Accepted Feb. 28, 2017<br><br>Sec. 8 & 9 Renewal<br>Accepted April 5, 2022 | Cigarette filters<br>Cigarette tubes<br>Cigarette-rolling machines |
| RAW ARTESANO | Serial No.  85615862<br>Filing Date:    May 3, 2012<br><br>Reg. No.  4325822<br>Reg. Date:   Apr. 23, 2013<br><br>First Use:   Jan. 21, 2013<br>First Use in Commerce: Jan. 21, 2013<br><br>Section 8 & 15<br>Accepted May 5, 2018<br><br>Sec. 8 & 9 Renewal<br>Accepted Sep. 29, 2023 | Cigarette rolling papers<br>Cigarette filters<br>Cigarette rolling trays |
| RAW | Serial No. 85749332<br>Filing Date:  Oct. 9, 2012<br><br>Reg. No.  4412202<br>Reg. Date:  Oct. 1, 2013<br><br>First Use:  Jun. 1, 2012<br>First Use in Commerce: Oct. 1, 2012<br><br>Section 8 & 15<br>Accepted Oct. 12, 2018<br><br>Sec. 8 & 9 Renewal<br>Accepted Feb. 27, 2024 | Cigar lighters, cigarette lighters not for land vehicles<br>Lighters not of precious metal;<br>Non-electric cigar lighters not of precious metal<br>Lighters for smokers<br>Tobacco pouches<br>Cigar humidors<br>Rolling Paper Cases<br>Shredders for tobacco and smokeable herbs not for industrial use<br>Cigarette Rolling Trays<br>Cigar Rolling Trays<br>Tobacco storage boxes not of precious metal<br>Pocket apparatus for rolling cigarettes, namely, Scoops to assist in the rolling of one's own cigarette |

| Mark | Application/Registration/First Use | Product Description |
|------|------------------------------------|---------------------|
| RAW ORGANIC HEMP AUTHENTIC PUREST NATURAL HEMP FIBERS UNREFINED RAY NATURAL UNREFINED HEMP ROLLING PAPERS (design)  | Serial No. 86096921<br>Filing Date: Oct. 21, 2013<br><br>Reg. No. 4647824<br>Reg. Date: Dec. 2, 2014<br><br>First Use: Feb. 26, 2009<br>First Use in Commerce: Feb. 26, 2009<br><br>Section 8 Accepted Jan. 10, 2020 | Cigarette paper;<br><br>Cigarette papers;<br><br>Cigarette rolling papers: all of the foregoing made from natural, organic hemp |
| RAW | Serial No. 86202809<br>Filing Date: Feb. 24, 2014<br><br>Reg. No. 4766952<br>Reg. Date: Jul. 7, 2015<br><br>First Use: Dec. 18, 2013<br>First Use in Commerce: Jan. 30, 2014<br><br>Section 8 Accepted April 9, 2021 | Grinders for tobacco and herbs for smoking<br>Ceramic humidifiers for tobacco and<br>Machines for injecting tobacco into cigarette tubes |
| RAW | Serial No. 86307187<br>Filing Date: Jun. 11, 2014<br><br>Reg. No. 4775472<br>Reg. Date: Jul. 21, 2015<br><br>First Use: Mar. 12, 2014<br>First Use in Commerce: Mar. 12, 2014<br><br>Section 8 Accepted April 19, 2021 | Non-stick coated parchment paper, not used for writing or printing, used as a surface on which to roll tobacco |

| Mark | Application/Registration/ First Use | Product Description |
|---|---|---|
| **RAW** | Serial No. 86307286<br>Filing Date:  Jun. 11, 2014<br><br>Reg. No.  4667617<br>Reg. Date:  Jan. 6, 2015<br><br>First Use:  Jun. 18, 2013<br>First Use in Commerce: Jun. 18, 2013<br><br>Section 8 &15<br>Accepted  Mar. 2, 2020 | Lanyards for holding keys, whistles, badges and other small objects |
| **RAW** | Serial No. 86314400<br>Filing Date:  Jun. 19, 2014<br><br>Reg. No.  4667632<br>Reg. Date:  Jan. 6, 2015<br><br>First Use:  Jun. 9, 2014<br>First Use in Commerce: Jun. 9, 2014<br><br>Section 8 &15<br>Accepted  Mar. 2, 2020 | Aromatherapy fragrance candles;<br><br>Candles;<br><br>Perfumed candles;<br><br>Scented candles |
| **RAW** | Serial No. 86340165<br>Filing Date:  Jul. 17, 2014<br><br>Reg. No.  4675473<br>Reg. Date:  Jan 20, 2015<br><br>First Use:  Jul. 15, 2014<br>First Use in Commerce: Jul. 15, 2014<br><br>Section 8<br>Accepted  Dec. 3, 2020 | Cigarette holders,<br><br>Cigarette holders not of precious metal |
| **RAW** | Serial No. 86546109<br>Filing Date:  Feb. 25, 2015<br><br>Reg. No.  4921168<br>Reg. Date:  Mar. 22, 2016<br><br>First Use:  Feb. 20, 2014<br>First Use in Commerce: Feb. 20. 2014<br><br>Section 8<br>Accepted  Jun. 6, 2022 | Flying disc rolling tray for cigarettes, cigars, and smokeable herbs |

| Mark | Application/Registration/ First Use | Product Description |
|---|---|---|
| RAW | Serial No.  86634818 Filing Date:  May 19, 2015 Reg. No.  5046495 Reg. Date:  Sep. 20, 2016 First Use:  May 15, 2016 First Use in Commerce: May 15, 2016 | Providing consumer and business information and related news in the fields of marijuana and cannabis and medicinal and therapeutic marijuana and cannabis |
| RAW | Serial No. 87067516 Filing Date:  Jun. 10, 2016 Reg. No.  5124069 Reg. Date:  Jan. 17, 2017 First Use:  Jun. 10, 2016 First Use in Commerce: Jun. 10, 2016 Section 8&15 Accepted  Jul. 7, 2023 | Magnifying lenses |
| RAW | Serial No. 87835653 Filing Date:  Mar.  15, 2018 Reg. No.  5580764 Reg. Date:  Oct. 9. 2018 First Use:  Jun. 5, 2015 First Use in Commerce: Jun. 5, 2015 Section 8 & 15 filed Apr. 16, 2024 | Ashtrays |
| RAW CONNOISSEUR | Serial No. 90343396 Filing Date: Nov. 25, 2020 Reg. No. 6469900 Reg. Date: Aug. 31, 2021 First Use: Jan. 1, 2009 First Use in Commerce: Jan. 1, 2009 | Cigarette rolling papers; rolling papers; cigarette tips |

| Mark | Application/Registration/First Use | Product Description |
|---|---|---|
| RAW BLACK | Serial No. 90343413<br>Filing Date: Nov. 25, 2020<br><br>Reg. No. 6469902<br>Reg. Date: Aug. 31, 2021<br><br>First Use: Apr. 9, 2018<br>First Use in Commerce: Apr. 9, 2018 | Cigarette rolling papers; rolling papers |
| RAW SUPERNATURAL | Serial No. 97079991<br>Filing Date: Oct. 18, 2021<br><br>Reg. No. 6879647<br>Reg. Date: Oct. 18, 2022<br><br>First Use: Jan. 25, 2012<br>First Use in Commerce: Jan. 25, 2012 | Cigarette papers;<br>Cigarette rolling papers; cigarette rolling machines; rollers, namely, pocket apparatus for self-rolling cigarettes |
| ECO FRIENDLY PURE ISOBUTANE PURE FLAME CARBON OFFSET RAW BLACK PURE ISOBUTANE ECOLIGHTER  | Serial No. 97423988<br>Filing Date: May 23, 2022<br><br>Reg. No. 7061883<br>Reg. Date: May 23, 2023<br><br>First Use: Feb. 5, 2019<br>First Use in Commerce: Feb. 5, 2019 | Lighters for smokers |

| Mark | Application/Registration/ First Use | Product Description |
|---|---|---|
| BLACK RAW NATURAL ROLLING PAPERS  | Serial No. 97424059 Filing Date: May 23, 2022 Reg. No. 7080576 Reg. Date: Jun. 13, 2023 First Use: Aug. 25, 2017 First Use in Commerce: Aug. 25, 2017 | t-shirt |
| RAW CONE BRO | Serial No. 97569480 Filing Date: Aug.29, 2022 Reg. No. 7274145 Reg. Date: Jan. 16, 2024 First Use: Sep. 21, 2017 First Use in Commerce: Sep. 21, 2017 | Smokers' articles, namely, glass mouthpieces for use with pre-rolled cigarettes; the foregoing exclusively for use with tobacco and cannabis products solely derived from hemp with a delta-9 tetrahydrocannabinol (THC) concentration of not more than 0.3 percent on a dry weight basis |
| RAW CLASSIC BLACK SLOW BURNING CLASSIC PAPERS AUTHENTIC UNBLEACHED GENUINE CLASSIC FIBERS 1 1/4 SIZE  | Serial No. 97939670 Filing Date: May 16, 2023 Reg. No. 7437659 Reg. Date: Jul. 9, 2024 First Use: May 04, 2023 First Use in Commerce: May 04, 2023 | Cigarette paper; Cigarette rolling papers |

| Mark | Application/Registration/ First Use | Product Description |
|---|---|---|
| ORGANIC HEMP RAW BLACK SLOW BURNING ORGANIC HEMP PAPERS AUTHENTIC UNBLEACHED GENUINE HEMP FIBERS 1 1/4 SIZE   | Serial No. 98024153 <br> Filing Date: Jun. 1, 2023 <br><br> Reg. No. 7437885 <br> Reg. Date: Jul. 9, 2024 <br><br> First Use: May 30, 2023 <br> First Use in Commerce: May 30, 2023 | cigarette papers; <br><br> cigarette rolling papers <br><br> all of the foregoing made with nature organic hemp |

Int. Cl.: 34

Prior U.S. Cls.: 2, 8, 9 and 17

**United States Patent and Trademark Office**

Reg. No. 2,989,221

Registered Aug. 30, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# RAW

BBK TOBACCO & FOODS INC (ARIZONA COR-
PORATION)
836 E UNIVERSITY DR #101
PHOENIX, AZ 85034

    FOR: CIGARETTE ROLLING PAPERS MADE
FROM PROCESSED PAPER, PLASTIC OR METAL
HAND HELD CIGARETTE ROLLING MACHINES,
IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

    FIRST USE 6-7-2002; IN COMMERCE 6-7-2002.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    SER. NO. 78-389,584, FILED 3-23-2004.

PAULA MAYS, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,422,929**
**Registered May 6, 2008**
**Corrected Mar. 1, 2016**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

BBK TOBACCO & FOODS, LLP (ARIZONA LIMITED LIABILITY PARTNERSHIP), 3401 W PAPAGO STREET
PHOENIX, AZ 85009

FOR: CIGARETTE ROLLING PAPERS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 8-11-2005; IN COMMERCE 8-11-2005.

OWNER OF U.S. REG. NO. 2,989,221.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "100% CHLORINE FREE 100% VEGAN" AND "NATURAL UNBLEACHED ROLLING PAPERS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE TERM "RAW" HAVING A PIECE OF TWINE WRAPPED ABOUT THE SAME, THE TERM 100% CHLORINE FREE 100% VEGAN ENCLOSED IN A BROKEN CIRCLE ABOVE THE TERM "RAW", AND THE TERM NATURAL UNBLEACHED ROLLING PAPERS BELOW THE TERM "RAW." THE DOTTED OUTLINE IS INTENDED TO SHOW THE POSITION OF THE MARK ON THE GOODS AND IS NOT PART OF THE MARK.

SER. NO. 78-870,425, FILED 4-26-2006.



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# SUPERNATURAL RAW

**Reg. No. 4,041,076**

**Registered Oct. 18, 2011**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

BBK TOBACCO & FOODS LLP (ARIZONA LIMITED LIABILITY PARTNERSHIP)
LEGAL DEPARTMENT
3315-B WEST BUCKEYE RD
PHOENIX, AZ 85009

FOR: CIGARETTE PAPERS; CIGARETTE ROLLING PAPERS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 1-9-2006; IN COMMERCE 1-23-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,989,221 AND 3,422,929.

SER. NO. 85-237,324, FILED 2-8-2011.

DOUGLAS LEE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# RAW

**Reg. No. 4,074,036**

**Registered Dec. 20, 2011**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

BBK TOBACCO & FOODS, LLP (ARIZONA LIMITED LIABILITY PARTNERSHIP), DBA
   HBI INTERNATIONAL
3315 W. BUCKEYE ROAD
PHOENIX, AZ 85009

FOR: CIGARETTE FILTERS; CIGARETTE TUBES; CIGARETTE-ROLLING MACHINES, IN
CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 12-3-2007; IN COMMERCE 12-3-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,989,221.

SER. NO. 85-318,131, FILED 5-11-2011.

JOHN GARTNER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# RAW ARTESANO

**Reg. No. 4,325,822**

**Registered Apr. 23, 2013**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

BBK TOBACCO & FOODS, LLP (ARIZONA LIMITED LIABILITY PARTNERSHIP), DBA
   HBI INTERNATIONAL,
3315 W BUCKEYE ROAD, #4
PHOENIX, AZ 85009

FOR: CIGARETTE ROLLING PAPERS, CIGARETTE FILTERS, CIGARETTE ROLLING
TRAYS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 1-21-2013; IN COMMERCE 1-21-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,989,221, 4,074,036, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ARTESANO", APART FROM
THE MARK AS SHOWN.

THE ENGLISH TRANSLATION OF THE WORD "ARTESANO" IN THE MARK IS "ARTISAN".

SN 85-615,862, FILED 5-3-2012.

SEAN CROWLEY, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# RAW

**Reg. No. 4,412,202**

**Registered Oct. 1, 2013**

**Corrected Oct. 6, 2015**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

BBK TOBACCO & FOODS LLP (ARIZONA LIMITED LIABILITY PARTNERSHIP), DBA
   HBI INTERNATIONAL ,
3401 W PAPAGO STREET
PHOENIX, AZ 85009

FOR: CIGAR LIGHTERS; CIGARETTE LIGHTERS NOT FOR LAND VEHICLES; LIGHTERS FOR SMOKERS; LIGHTERS NOT OF PRECIOUS METAL; NON-ELECTRIC CIGAR LIGHTERS NOT OF PRECIOUS METAL; TOBACCO POUCHES, CIGAR HUMIDORS, ROLLING PAPER CASES, SHREDDERS FOR TOBACCO AND SMOKEABLE HERBS NOT FOR INDUSTRIAL USE; CIGARETTE ROLLING TRAYS, CIGAR ROLLING TRAYS; TO-BACCO STORAGE BOXES NOT OF PRECIOUS METAL; POCKET APPARATUS FOR ROLLING CIGARETTES, NAMELY, SCOOPS TO ASSIST IN THE ROLLING OF ONE'S OWN CIGARETTE, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 6-1-2012; IN COMMERCE 10-1-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,989,221 AND 4,074,036.

SER. NO. 85-749,332, FILED 10-9-2012.



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,647,824**

**Registered Dec. 2, 2014**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

BBK TOBACCO & FOODS, LLP (ARIZONA LIMITED LIABILITY PARTNERSHIP)
3315 WEST BUCKEYE ROAD, #4
PHOENIX, AZ 85009

FOR: CIGARETTE PAPER; CIGARETTE PAPERS; CIGARETTE ROLLING PAPERS; ALL OF THE FOREGOING MADE FROM NATURAL, ORGANIC HEMP, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 2-26-2009; IN COMMERCE 2-26-2009.

OWNER OF U.S. REG. NOS. 2,989,221, 4,041,076 AND OTHERS.

THE COLOR(S) RED, BROWN, TAN AND GREEN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "24 PER BOX", "ORGANIC HEMP", "AUTHENTIC", "UNREFINED", "PUREST NATURAL HEMP FIBERS", "NATURAL UNREFINED HEMP ROLLING PAPERS", "NATURAL HEMP GUM", AND "1 1/4 SIZE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A RECTANGULAR TAN BOX SHAPE WITH THE A LINE OF GREEN GRASS ILLUSTRATED ALONG ITS LOWER EDGE. IN THE TOP LEFT OF THE MARK IS THE WORDING "24 PER BOX" IN BROWN STYLIZED FONT. IN THE CENTER OF THE MARK IS THE WORD "RAW" IN LARGER RED STYLIZED FONT SET AT AN ANGLE. ABOVE THE WORD "RAW" ARE TWO DESIGN ELEMENTS. ON THE LEFT IS THE WORDING "ORGANIC HEMP" IN TAN STYLIZED FONT WITHIN A RECTANGULAR BROWN BORDER. ON THE RIGHT IS A BROWN CIRCULAR ELEMENT WITH A TAN CENTER CONTAINING THE WORDING "AUTHENTIC" AND "UNREFINED" IN TAN WITHIN A BROWN OUTER RING AND THE WORDING "PUREST NATURAL HEMP FIBERS" IN BROWN FONT WITH A BROWN LEAF DESIGN WITHIN ITS CENTER. BENEATH THE WORD "RAW" IS THE PHRASE "NATURAL UNREFINED HEMP ROLLING PAPERS" IN STYLIZED BROWN FONT. IN THE LOWER PORTION OF THE MARK IS THE WORDING "NATURAL HEMP GUM" AND "WWW.RAWTHENTIC.COM" IN BROWN FONT IN THE LOWER RIGHT. AND "1 ¼ SIZE" BROWN FONT IN THE LOWER LEFT ABOVE THE WORDING "ORGANIC HEMP" IN TAN WITHIN A BROWN RECTANGULAR BORDER. ATOP THE WORDING AND DESIGN ELEMENTS IS A REALISTIC ILLUSTRATION OF



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**Reg. No. 4,647,824**   TWINE IN BROWN AND TAN CROSSING THE MARK VERTICALLY AND HORIZONTALLY WITH A KNOT IN THE CENTER OF THE MARK.

SER. NO. 86-096,921, FILED 10-21-2013.

STEVEN PEREZ, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# RAW

**Reg. No. 4,766,952**

**Registered Jul. 07, 2015**

**Amended Oct. 15, 2019**

**Int. Cl.: 34**

**Trademark**

**Principal Register**

BBK Tobacco & Foods, LLP (ARIZONA LIMITED LIABILITY PARTNERSHIP )
3401 W Papago Street
Phoenix, ARIZONA 85009

CLASS 34: [ Processed cavendish pipe tobacco; ] grinders for tobacco [ and herbs for smoking ] ; ceramic humidifiers for tobacco [ and herbs for smoking] ; machines for injecting tobacco into cigarette tubes

FIRST USE 12-18-2013; IN COMMERCE 1-30-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2989221, 4358908, 4074036

SEC.2(F)

SER. NO. 86-202,809, FILED 02-24-2014

Director of the United States
Patent and Trademark Office



# RAW

Reg. No. 4,775,472

Registered July 21, 2015

Int. Cl.: 16

TRADEMARK

PRINCIPAL REGISTER

BBK TOBACCO& FOODS, LLP (ARIZONA LIMITED LIABILITY PARTNERSHIP), DBA
    HBI INTERNATIONAL
3401 W PAPAGO STREET
PHOENIX, AZ 85009

FOR: NON-STICK COATED PARCHMENT PAPER, NOT USED FOR WRITING OR PRINTING, USED AS A SURFACE ON WHICH TO ROLL TOBACCO , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-12-2014; IN COMMERCE 3-12-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-307,187, FILED 6-11-2014.

FLORENTINA BLANDU, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# RAW

**Reg. No. 4,667,617**

**Registered Jan. 6, 2015**

**Int. Cl.: 22**

**TRADEMARK**

**PRINCIPAL REGISTER**

BBK TOBACCO& FOODS, LLP (ARIZONA LIMITED LIABILITY PARTNERSHIP), DBA
   HBI INTERNATIONAL
3315 W BUCKEYE RD STE 4
PHOENIX, AZ 85009

FOR: LANYARDS FOR HOLDING KEYS, WHISTLES, BADGES AND OTHER SMALL OB-
JECTS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 6-18-2013; IN COMMERCE 6-18-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-307,286, FILED 6-11-2014.

FLORENTINA BLANDU, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

# RAW

**Reg. No. 4,667,632**

**Registered Jan. 6, 2015**

**Int. Cl.: 4**

**TRADEMARK**

**PRINCIPAL REGISTER**

BBK TOBACCO& FOODS, LLP (ARIZONA LIMITED LIABILITY PARTNERSHIP), DBA
    HBI INTERNATIONAL
3315 W BUCKEYE RD #4
PHOENIX, AZ 85009

FOR: AROMATHERAPY FRAGRANCE CANDLES; CANDLES; PERFUMED CANDLES;
SCENTED CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 6-9-2014; IN COMMERCE 6-9-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-314,400, FILED 6-19-2014.

FLORENTINA BLANDU, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**



# United States of America

### United States Patent and Trademark Office

# RAW

**Reg. No. 4,675,473**

**Registered Jan. 20, 2015**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

BBK TOBACCO & FOODS, LLP (ARIZONA LIMITED LIABILITY PARTNERSHIP), DBA
    HBI INTERNATIONAL
3315 W BUCKEYE RD #4
PHOENIX, AZ 85009

FOR: CIGARETTE HOLDERS; CIGARETTE HOLDERS NOT OF PRECIOUS METAL, IN
CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 7-15-2014; IN COMMERCE 7-15-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,989,221, 4,412,202 AND OTHERS.

SER. NO. 86-340,165, FILED 7-17-2014.

FLORENTINA BLANDU, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

# RAW

**Reg. No. 4,921,168**

**Registered Mar. 22, 2016**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

BBK TOBACCO & FOODS, LLP (ARIZONA LIMITED LIABILITY PARTNERSHIP), DBA
    HBI INTERNATIONAL
3401 W PAPAGO ST
PHOENIX, AZ 85009

FOR: FLYING DISC ROLLING TRAY FOR CIGARETTES, CIGARS, AND SMOKEABLE HERBS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 2-20-2014; IN COMMERCE 2-20-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-546,109, FILED 2-25-2015.

MICHAEL WIENER, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# RAW

**Reg. No. 5,046,495**

**Registered Sep. 20, 2016**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

BBK Tobacco & Foods, LLP (ARIZONA limited liability partnership ), DBA HBI International ,
3401 W Papago St
Phoenix, AZ 85009

CLASS 35: Providing consumer and business information and related news in the fields of marijuana and cannabis and medicinal and therapeutic marijuana and cannabis

FIRST USE 5-15-2016; IN COMMERCE 5-15-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-634,818, FILED 05-19-2015
JEFFREY J LOOK, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# RAW

**Reg. No. 5,124,069**

**Registered Jan. 17, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

BBK Tobacco & Foods, LLP (ARIZONA limited liability partnership ), DBA HBI International ,
3401 W Papago St
Phoenix, AZ 85009

CLASS 9: Magnifying lenses

FIRST USE 6-10-2016; IN COMMERCE 6-10-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-067,516, FILED 06-10-2016
JESSICA ANN LUDEMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# RAW

**Reg. No. 5,580,764**

**Registered Oct. 09, 2018**

**Int. Cl.: 34**

**Trademark**

**Principal Register**

BBK Tobacco & Foods, LLP  (ARIZONA limited liability partnership ), DBA HBI
International
3401 West Papago Street
Phoenix, ARIZONA 85009

CLASS 34: Ashtrays

FIRST USE 6-5-2015; IN COMMERCE 6-5-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-835,653, FILED 03-15-2018



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# RAW CONNOISSEUR

**Reg. No. 6,469,900**

**Registered Aug. 31, 2021**

**Int. Cl.: 34**

**Trademark**

**Principal Register**

BBK Tobacco & Foods LLP  (ARIZONA limited liability partnership )
3401 W Papago St
Phoenix, ARIZONA 85009

CLASS 34: Cigarette rolling papers; tobacco rolling papers; paper tips for cigarettes

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2989221, 4412202, 3422929

SER. NO. 90-343,396, FILED 11-25-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# RAW BLACK

**Reg. No. 6,469,902**

**Registered Aug. 31, 2021**

**Int. Cl.: 34**

**Trademark**

**Principal Register**

BBK Tobacco & Foods LLP  (ARIZONA limited liability partnership )
3401 W Papago St
Phoenix, ARIZONA 85009

CLASS 34: Cigarette rolling papers; tobacco rolling papers

FIRST USE 4-9-2018; IN COMMERCE 4-9-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2989221, 4412202, 3422929

No claim is made to the exclusive right to use the following apart from the mark as shown: "BLACK"

SER. NO. 90-343,413, FILED 11-25-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# RAW SUPERNATURAL

**Reg. No. 6,879,647**

**Registered Oct. 18, 2022**

**Int. Cl.: 34**

**Trademark**

**Principal Register**

BBK Tobacco & Foods, LLP  (ARIZONA LIMITED PARTNERSHIP)
3401 W Papago St
Phoenix, ARIZONA 85009

CLASS 34: Cigarette papers; Cigarette rolling papers; cigarette rolling machines; rollers, namely, pocket apparatus for self-rolling cigarettes

FIRST USE 1-25-2012; IN COMMERCE 1-25-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-079,991, FILED 10-18-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,061,883**

**Registered May 23, 2023**

**Int. Cl.: 34**

**Trademark**

**Principal Register**

BBK Tobacco & Foods, LLP  (ARIZONA LIMITED PARTNERSHIP)
3401 W. Papago St.
Phoenix, ARIZONA 85009

CLASS 34: Lighters for smokers

FIRST USE 2-5-2019; IN COMMERCE 2-5-2019

The color(s) red, gold and black are claimed as a feature of the mark.

The mark consists of the stylized wording "RAW" in the color red. The stylized wording "PURE ISOBUTANE ECOLIGHTER" appears in gold below the word "RAW". The stylized wording "BLACK" in the color gold appears above the "W" in "RAW". A gold circle design with a black interior appears to the left of the word "RAW". The stylized wording "ECO FRIENDLY" appear in black at the top of the gold circle and the stylized wording "CARBON OFFSET" appears in black at the bottom. The stylized wording "PURE ISOBUTANE PURE FLAME" appears in gold inside the circle with a gold flame above the wording. The mark appears on a black background which is claimed as a feature of the mark.

No claim is made to the exclusive right to use the following apart from the mark as shown: "ECO FRIENDLY", "CARBON OFFSET", "PURE ISOBUTANE PURE FLAME" AND "PURE ISOBUTANE ECOLIGHTER"

SER. NO. 97-423,988, FILED 05-23-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,080,576**

**Registered Jun. 13, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

BBK Tobacco & Foods, LLP  (ARIZONA LIMITED PARTNERSHIP)
3401 W. Papago St.
Phoenix, ARIZONA 85009

CLASS 25: t-shirt

FIRST USE 8-25-2017; IN COMMERCE 8-25-2017

The color(s) red, gold and black is/are claimed as a feature of the mark.

The mark consists of the stylized wording "RAW" in red with the stylized wording "BLACK" in gold above the "W" and the stylized wording "NATURAL ROLLING PAPERS" in gold below the wording "RAW". The mark appears on a black background which is claimed as a feature of the mark.

OWNER OF U.S. REG. NO. 4647824, 6469902, 3422929

SER. NO. 97-424,059, FILED 05-23-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# RAW CONE BRO

**Reg. No. 7,274,145**

**Registered Jan. 16, 2024**

**Int. Cl.: 34**

**Trademark**

**Principal Register**

BBK Tobacco & Foods, LLP  (ARIZONA LIMITED PARTNERSHIP)
3401 W. Papago St.
Phoenix, ARIZONA 85009

CLASS 34: Smokers' articles, namely, glass mouthpieces for use with pre-rolled cigarettes; the foregoing exclusively for use with tobacco and cannabis products solely derived from hemp with a delta-9 tetrahydrocannabinol (THC) concentration of not more than 0.3 percent on a dry weight basis

FIRST USE 9-21-2017; IN COMMERCE 9-21-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CONE"

SER. NO. 97-569,480, FILED 08-29-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,437,659**

**Registered Jul. 09, 2024**

**Int. Cl.: 34**

**Trademark**

**Principal Register**

BBK Tobacco & Foods, LLP  (ARIZONA limited liability partnership)
3401 W. Papago St.
Phoenix, ARIZONA 85009

CLASS 34: Cigarette paper; Cigarette rolling papers

FIRST USE 5-4-2023; IN COMMERCE 5-4-2023

The color(s) red, gold, and black is/are claimed as a feature of the mark.

The mark consists of a black rectangle with the stylized wording "RAW" in the color red in the middle on a diagonal. The stylized wording "SLOW BURNING CLASSIC PAPERS" appears in gold below the word "RAW". A gold square with the gold stylized wording "1 1/4 Size" appears in the bottom right of the black rectangle. The stylized gold wording "BLACK" appears in the upper right corner of the black rectangle. A gold rectangle with the stylized wording "CLASSIC" in black appears in the upper left corner of the black rectangle. A gold circle with a black inside appears to the left of the word "RAW". The stylized wording "AUTHENTIC" in black appears at the top of the circle and "UNBLEACHED" in black appears as the bottom of the circle. Inside the circle in gold appears the stylized wording "GENUINE CLASSIC FIBERS" and a leaf design. A gold twine rope appears as a horizontal and vertical line which meet in the middle of the "A" in "RAW" with a knot.

No claim is made to the exclusive right to use the following apart from the mark as shown: "AUTHENTIC", " UNBLEACHED", "GENUINE CLASSIC FIBERS", "SLOW BURNING CLASSIC PAPERS", AND "1 1/4 SIZE"

SER. NO. 97-939,670, FILED 05-16-2023

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,437,885**

**Registered Jul. 09, 2024**

**Int. Cl.: 34**

**Trademark**

**Principal Register**

BBK Tobacco & Foods, LLP  (UNITED STATES limited liability partnership)
3401 W. Papago St.
Phoenix, ARIZONA 85009

CLASS 34: cigarette papers; cigarette rolling papers; all of the foregoing made with nature organic hemp

FIRST USE 5-30-2023; IN COMMERCE 5-30-2023

The color(s) green, red, black, and gold is/are claimed as a feature of the mark.

The mark consists of a black square background. In the middle is the word RAW in red large letters. In the upper right corner is the word BLACK in green and bottom right corner has 1 1/4 SIZE in green with a green outline. Below the word RAW is the wording SLOW BURNING ORGANIC HEMP PAPERS in green. In the upper left corner is a green rectangle with the wording ORGANIC HEMP in black. The bottom left corner has a green circle with a black center. The top of the green circle has the word AUTHENTIC in black and the bottom has UNBLEACHED in black. In the center is a green leaf with the wording GENUINE HEMP FIBERS in green. The bottom of the entire mark has green grass. A gold twine rope appears as a horizontal and vertical line which meet in the middle with a knot.

No claim is made to the exclusive right to use the following apart from the mark as shown: "AUTHENTIC," "UNBLEACHED", "GENUINE HEMP FIBERS", "SLOW BURNING ORGANIC HEMP PAPERS", "ORGANIC HEMP", and "1 1/4 SIZE"

SER. NO. 98-024,153, FILED 06-01-2023

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office