# APPENDIX B

# APPENDIX B

# Defendants' Products using the RAW SINS Brand Name



1



4922-3901-5945 v1 [58183-539]