# APPENDIX C

# TEAS Plus Trademark or Service Mark Application, Principal Register

Serial number: 98906488
Mark: RAW SINS
Mark format: Standard character
Filing date: December 17, 2024 at 4:11:56 AM ET
Docket number:
Owner name: Monte Ferguson
Amount paid: $500 (2 classes)

## Trademark details

**Mark**
RAW SINS

**Mark Format**
Standard character
The mark consists of standard characters, without claim to any particular font style, size, or color.

## Owner information

| | |
|---|---|
| *Name | Monte Ferguson |
| *Entity type | Limited liability company |
| *Place of organization/citizenship | California |
| Alternate name | Doing business as (DBA) - RAW SINS |

**Mailing address information**

| | |
|---|---|
| *Address line 1 | 2719 Alcove Way |
| *City | Sacramento |
| *State/territory | California |
| *Zip/postal code | 95833 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | ******* |
| Primary telephone number | (724) 840-6678 |
| Owner website URL | https://www.rawsins.com/ |

**Domicile address information**
The mailing address is the same as the owner's domicile address.

## Goods and services

### Filing basis information
Section 1(a)

### Identification of goods and services

**International Class 005**
Filing basis: Section 1(a)
Plant and herb extracts, other than essential oils, for medicinal purposes

**Specimen Information**

| | |
|---|---|
| *First use anywhere date | At least as early as 09/07/2022 |
| *First use in commerce date | At least as early as 08/08/2023 |
| *Specimen file name | 005 RAW SINS SPECIMEN.png.jpg |
| URL | None specified. |
| Date of access | None specified. |
| Description | 5mL jar that holds plant extract with RAW SINS branded labeling. |
| Goods and services depicted | Plant and herb extracts, other than essential oils, for medicinal purposes |

**International Class 034**
Filing basis: Section 1(a)
Oral vaporizers for smokers; Herbs for smoking; Electronic cigarettes and oral vaporizers for smokers; Ashtrays, not of precious metal, for smokers; Gas lighters for smokers; Oral vaporizers for smoking purposes

**Specimen Information**

| | |
|---|---|
| *First use anywhere date | At least as early as 09/07/2022 |

| | |
|---|---|
| *First use in commerce date | At least as early as 04/01/2024 |
| *Specimen file name | RAW SINS SPECIMEN.jpg |
| URL | None specified. |
| Date of access | None specified. |
| Description | Oral vaporizer for smoking purposes branded with art and RAW SINS brand name. |
| Goods and services depicted | Oral vaporizers for smoking purposes; Oral vaporizers for smokers; Electronic cigarettes and oral vaporizers for smokers |

## Additional statements

| | |
|---|---|
| *Translation (if applicable) | |
| *Transliteration (if applicable) | |
| *Consent (name/likeness) (if applicable) | |
| *Claim of ownership of active prior registrations(s) (if applicable) | |
| *Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| Certification statement of the mark (if applicable) | |
| *Additional statements including use of the mark in another form (if applicable) | |
| Significance of mark | |
| Disclaimer | |

## Correspondence information

| | |
|---|---|
| *Correspondence name | Monte Ferguson |
| *Primary correspondence email address | monte@afgsolutions.org |

## Fee information

| | |
|---|---|
| Application filing option | TEAS Plus |
| Number of classes | 2 |
| Applications for registration, per class | $250 |
| Total fees due | $500 |
| Total fees paid | $500 |

## Declaration and signature

### Declaration

[ X ] Basis:
If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):
- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or
If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):
- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the

2

circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| *Electronic Signature | /Monte Ferguson/ |
| *Signatory's name | Monte Ferguson |
| *Signatory's position | Owner |
| *Date signed | 12/17/2024 |
| Signature method | Signed directly within the form |

STAMP:USPTO/FTK-***.***.**.**-20241217041156272676-98906488-15.8-314b3620-4157-4abc-995b-7e349ef5bb8b-CARD-20241217031042962859

4

# RAW SINS



