AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| BBK TOBACCO & FOODS, LLP, an Arizona limited liability partnership, d/b/a HBI International <br><br> *Plaintiff(s)* <br> v. <br><br> CLUB GREEN, LLC, a California limited liability company; (See attachment #1) <br><br> *Defendant(s)* | Civil Action No. 4:25-cv-00391-KAW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*     (See attachment)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jonathan D. Baker
> Dickinson Wright RLLP
> 615 National Avenue, Suite 220
> Mountain View, CA 94043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

Date: January 13, 2025        *Kim Means*
                               *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BBK TOBACCO & FOODS, LLP, an Arizona limited liability partnership,
d/b/a HBI International v. CLUB GREEN, LLC, et al.
Case No. 4:25-cv-00391-KAW

## ATTACHMENT TO SUMMONS

**To:**   *(Defendant's name and address)*

**CLUB GREEN, LLC**
c/o REGISTERED AGENTS, INC. (Registered Agent)
1401 21st Street, Suite R
Sacramento, CA 95811

**CCSAC, INC.**
c/o LEGALZOOM.COM, INC. (Registered Agent)
954 Villa Street
Mountain View, CA 94041

**MONTE FERGUSON**
2719 Alcove Way
Sacramento, CA 95833

**NATALIE FERGUSON**
2719 Alcove Way
Sacramento, CA 95833