| | |
|---|---|
| Jonathan D. Baker (SBN 196062)<br>jdbaker@dickinsonwright.com<br>Dino Hadzibegovic (SBN 267489)<br>dhadzibegovic@dickinsonwright.com<br>**DICKINSON WRIGHT RLLP**<br>615 National Avenue, Suite 220<br>Mountain View, California 94043<br>Phone: 408-701-6180<br>Fax: 844-670-6009<br>Firm Email: courtdocs@dickinsonwright.com<br><br>*Attorneys for Plaintiff*<br><br>Joshua J. Borger (SBN 231951)<br>joshua.borger@berliner.com<br>**BERLINER COHEN LLP**<br>Ten Almaden Blvd., 11th Floor<br>San Jose, CA 95113<br>Phone:  408-998-5388<br>Fax:  408-998-5388<br><br>*Attorneys for Defendants* | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BBK TOBACCO & FOODS, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Plaintiff,<br><br>vs.<br><br>CLUB GREEN, LLC, a California limited liability company; Tsuyoi Parties, INC., a California corporation; TSUYOI BRANDS, LLC DBA RAW SINS, a California limited liability company; MONTE FERGUSON, an individual; NATALIE FERGUSON, an individual,<br><br>Defendants. | Case No. 3:25-cv-00391-CRB<br><br>**STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS TSUYOI BRANDS, LLC; MONTE FERGUSON; AND NATALIE FERGUSON**: ORDER |

1

STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST    3:25-CV-00391-CRB
DEFENDANT TSUYOI BRANDS, LLC; MONTE FERGUSON; AND NATALIE FERGUSON

Plaintiff HBI Innovations, LLP f/k/a BBK Tobacco & Foods, LLP ("HBI"), and Defendants Tsuyoi Brands, LLC; Monte Ferguson; and Natalie Ferguson (collectively, the "Tsuyoi Parties") (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

1. The Parties have entered into a Confidential Settlement Agreement on November 25, 2025 ("Settlement Agreement Date") resolving the claims asserted by HBI against the Tsuyoi Parties in Plaintiff's Amended Complaint (ECF No. 33) and counterclaims asserted by Tsuyoi Brands, LLC against HBI in Tsuyoi Brands, LLC's Counterclaims (ECF No. 52).

2. In the Settlement Agreement, the Parties agreed to the Court's entry of permanent injunction and final judgment against the Tsuyoi Parties and therefore the Parties jointly request the Court enter the following judgment.

3. This Court has jurisdiction over HBI and the Tsuyoi Parties and over the subject matter of this action and entry and enforcement of this Judgment and Permanent Injunction.

4. Venue is proper in this judicial district pursuant to, *inter alia*, 28 U.S.C. §§ 1391 and 1400.

5. HBI is the owner of all right, title, and interest in and to the RAW™ name, and other names including the term "RAW," as trademarks for rolling papers, pre-rolled cones and other smoking goods and accessories, including but not limited to the marks with the U.S. Patent and Trademark Office ("PTO") registrations identified in the attached **Appendix A** (the "HBI Trademarks").

6. HBI's rights in the HBI Trademarks are valid and enforceable.

7. Judgment is entered, jointly and severally, against the Tsuyoi Parties on Counts I, II and III of Plaintiff's Amended Complaint (ECF No. 33).

8. Pursuant to 15 U.S.C. § 1116, 17 U.S.C. § 502, and Rule 65(d) of the Federal Rules of Civil Procedure, the Tsuyoi Parties and their respective employees (while employed by or acting for the Tsuyoi Parties), officers, directors, agents, successors, and assigns and all other persons or entities acting in active concert or participation with any of them, are hereby, without

2

STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST                    3:25-CV-00391-CRB
DEFENDANT TSUYOI BRANDS, LLC; MONTE FERGUSON; AND NATALIE FERGUSON

HBI's advance written consent or exception as provided by paragraph 10 below, permanently enjoined from:

    a. using the RAWSINS or RAW SINS name, or any other name using the word RAW or any mark similar to any of the HBI Trademarks, in any manufacturing, distributing, marketing, promoting, advertising, selling or offering for sale of any product or services involving or related to cannabis, tobacco, smoking or vaping; and

    b. using, registering or maintaining any website or domain or social media account using RAWSINS or RAW SINS name, any other name using the word RAW or any mark similar to any of the HBI Trademarks, including but not limited to www.rawsins.com. ("Domain Name").

9. During the six (6) month period beginning on the Settlement Agreement Date and ending 180 days later ("the "DEPLETION PERIOD"), the Tsuyoi Parties may sell or otherwise dispose of any inventory of the RAW SINS branded products identified and described on **Appendix B** to the Settlement Agreement. However, no later than seven (7) calendar days after the end of the DEPLETION PERIOD, the Tsuyoi parties shall file with this Court the Declaration of Inventory Depletion or Destruction, attached as **Appendix C** to the Settlement Agreement.

10. Within seven (7) calendar days of the Settlement Agreement Date, Tsuyoi Brands, LLC shall transfer to HBI ownership of the registration of the Domain Name.

11. Other than as set forth herein, this order hereby dismisses with prejudice all:

    a. other claims asserted by HBI against the Tsuyoi Parties; and

    b. counterclaims asserted by Tsuyoi Brands, LLC against HBI.

12. HBI and the Tsuyoi Parties shall bear their own costs and attorneys' fees relating to the claims between HBI and Tsuyoi Parties.

13. This Judgment is without prejudice to any claims HBI has against any named Defendants other than the Tsuyoi Parties.

3

STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST    3:25-CV-00391-CRB
DEFENDANT TSUYOI BRANDS, LLC; MONTE FERGUSON; AND NATALIE FERGUSON

14. There being no just reason for delay, this Judgment is entered as a final judgment pursuant to Fed. R. Civ. P. 54(b).

Dated:  December 4, 2025                                  Respectfully submitted,

*/s/ Dino Hadzibegovic*                                      */s/ Joshua J. Borger*
Jonathan D. Baker (SBN 196062)                Joshua J. Borger (SBN 231951)
jdbaker@dickinsonwright.com                    joshua.borger@berliner.com
Dino Hadzibegovic (SBN 267489)                Julia L. Covello (SBN 334941)
dhadzibegovic@dickinsonwright.com         julia.covello@berliner.com
**DICKINSON WRIGHT RLLP**                        **BERLINER COHEN LLP**
615 National Avenue, Suite 220                   Ten Almaden Blvd., 11th Floor
Mountain View, California 94043                 San Jose, CA 95113
Phone: 408-701-6180                                    Phone:  408-998-5388
Fax: 844-670-6009                                         Fax:  408-998-5388
Firm Email: courtdocs@dickinsonwright.com

*Attorneys for Defendants*
*Attorneys for Plaintiff*                                      *Monte Ferguson, Natalie Ferguson*
*HBI Tobacco & Foods LLP d/b/a*                *And Tsuyoi Brands, LLC*
*HBI International*

**PURUSANT TO STIPULATON IT IS SO ORDERED**

Dated:   December  5 , 2025                               _____

                                                                            Hon. Charles R. Breyer
                                                                            United States District Judge